NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVO TRANSFORMA TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

**v.**

**SPRINT SPECTRUM, L.P., VIRGIN MOBILE USA, L.P., NEXTEL OPERATIONS, INC., T-MOBILE US INC, TRACFONE WIRELESS, INC., UNITED STATES CELLULAR CORPORATION, CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS,**
*Defendants-Appellees*

---

2015-2012, 2015-2013, 2015-2014, 2015-2015, 2015-2016

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:14-cv-00612-RGA, 1:14-cv-00613-RGA, 1:14-cv-00614-RGA, 1:14-cv-00615-RGA, 1:14-cv-00616-RGA, Judge Richard G. Andrews.

---

## JUDGMENT

---

JONATHAN DANIEL BAKER, Farney Daniels PC, San Mateo, CA, argued for plaintiff-appellant. Also represented by MICHAEL D. SAUNDERS, GURTEJ SINGH, Georgetown, TX.

JARED BOBROW, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for all defendants-appellees. Defendants-appellees T-Mobile US Inc., Tracfone Wireless, Inc. also represented by ANNE MARIE CAPPELLA; ROBERT T. VLASIS, III, Washington, DC.

JASON W. COOK, McGuireWoods LLP, Dallas, TX, for defendants-appellees Sprint Spectrum, L.P., Virgin Mobile USA, L.P., Nextel Operations, Inc. Also represented by DAVID EVAN FINKELSON, BRIAN DAVID SCHMALZBACH, Richmond, VA.

DOUGLAS LEWIS, Sidley Austin LLP, Chicago, IL, for defendant-appellee United States Cellular Corporation. Also represented by STEVEN J. HOROWITZ.

KEVIN PAUL ANDERSON, Wiley Rein, LLP, Washington, DC, for defendant-appellee Cellco Partnership. Also represented by KARIN A. HESSLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| September 23, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |